IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

        vs.

JEFFREY L. ELLISON,

        Defendant.

:
:
:
:
:
:

Case No.  3:08cr038 (4)

JUDGE WALTER HERBERT RICE

---

DECISION AND ENTRY FINDING DEFENDANT IN VIOLATION OF
SUPERVISED RELEASE, REVOKING SAME AND IMPOSING
SENTENCE, WITH STATED PERIOD OF SUPERVISED RELEASE TO
FOLLOW, UPON STATED CONDITIONS; RIGHT OF APPEAL
EXPLAINED AND UNDERSTOOD; TERMINATION ENTRY

---

On September 4, 2012, the Defendant, having previously admitted to allegations

set forth against him in an Amended Petition, directing him to show cause why his

supervised release, a status that began May 20, 2011, should not be revoked,

appeared in open Court for final disposition.

Pursuant to the record made on the aforesaid September 4, 2012, the Defendant

was found in violation of his supervised release.  Said status was revoked and he was

sentenced to a term of time served (108 days from date of his arrest to the date of his

release), with a 56 month period of supervised release to follow.

As conditions of his re-imposed period of supervised release, the Defendant is to

complete all conditions of supervised release initially imposed, which remain

undischarged, and is to comply completely with the supervision plan discussed and adopted by the Court on September 4, 2012. By way of addendum, the Defendant will be staying, on an interim basis, at the Gateway Shelter for Men.

The Defendant is ordered released from custody, by being brought to the United States Marshals office, at 2:00 p.m. on Wednesday, September 5, 2012. He is then to immediately meet with his probation officer, Melissa Stidham.

At the conclusion of sentencing, the Defendant was orally explained his right of appeal, and he indicated an understanding of same.

The captioned cause is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

September 10, 2012

WALTER HERBERT RICE
UNITED STATES DISTRICT JUDGE

Copies to:

Counsel of Record
Melissa Stidham, United States Probation Officer
United States Marshals Service